Eq. No. 3184. ADELARD. BENOIT v. DEPARTMENT OF EMPLOYMENT SECURITY. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Grande & Grande,* for petitioner. *Aaron S. Helford,* for respondent.

Eq. No. 3185. RAYMOND ELLIOT v. DEPARTMENT OF EMPLOYMENT SECURITY. Motion of Court to dismiss for lack of prosecution in compliance with Rule 15 granted. *Grande & Grande,* for petitioner. *Aaron S. Helford,* for respondent.

## December 12, 1967.

M. P. No. 296. STATE OF RHODE ISLAND v. WARREN VINCENT PICILLO. Motion of defendant to file and prosecute bill of exceptions out of time denied. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for plaintiff. *Joseph D. Accardi, Pasquale T. Annarummo,* for defendant.

APPEALS NOS. 277, 278. HELEN GOLDIS v. GWENDOLYN R. FAIRCHILD. GWENDOLYN R. FAIRCHILD v. HELEN GOLDIS. Motion to dismiss purported appeal in Appeal No. 278 granted, and papers remanded to Superior Court. *Aisenberg, Decof & Dworkin, Charles A. Hirsch,* for Helen Goldis. *Jordan, Hanson & Curran,* for Gwendolyn R. Fairchild.

## December 18, 1967.

APPEAL No. 269. GREEN MANOR CONSTRUCTION Co. v. LAWRENCE J. FERRI *et al.* Motion of Karl S. Weimar and Armand P. Leco to dismiss appeal as to them and all others designated as defendants in Case No. 2 as provided in pretrial Order No. 1, who have joined by stipulation in the motion, granted. *Temkin, Merolla & Zurier, Everett A. Petronia* of counsel, *Amedeo C. Merolla* of counsel, for plaintiff. *Howard R. Haronian,* City Solicitor, *Louis J. Vallone, Edward F. Burke, Stephen F. Mullen, James P. Quirk, Tillinghast, Collins & Tanner, Edwin H. Hastings* and *Eugene J. McCaffrey, Jr.,* for defendants.